VENABLE LLP
Thomas E. Wallerstein (SBN 232086)
twallerstein@venable.com
Kimberly Culp (SBN 238839)
kculp@venable.com
505 Montgomery Street, Suite No. 1400
San Francisco, CA 94111
Telephone:   (415) 653-3750
Facsimile:    (415) 653-3755

Attorneys for PaintCare, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENCYCLE PAINT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PAINTCARE, INC., a Delaware corporation; CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.;  a Massachusetts corporation; STERICYCLE ENVIRONMENTAL SOLUTIONS, INC., a Delaware corporation; and DOES 1-10,<br><br>Defendant. | CASE NO. 15-cv-04059-MEJ<br><br>Hon. Maria-Elena James<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PAINTCARE, INC.'S MOTION TO DISMISS COMPLAINT**<br><br>Date:          November 3, 2015<br>Time:         10:00 a.m.<br>Dept:          B<br><br>Action filed:   August 4, 2015<br>Removed:      September 4, 2015<br>Trial Date:     None Set |

# REQUEST FOR JUDICIAL NOTICE

## I. INTRODUCTION

Pursuant to Federal Rule of Evidence 201, and in connection with its concurrently-filed Motion to Dismiss the Complaint pursuant to Rule 12(b)(6), defendant PaintCare, Inc. ("PaintCare") requests that the Court take judicial notice of the following exhibits, true and correct copies of which are attached hereto:

**Exhibit A**: Excerpts of PaintCare's "California Architectural Paint Stewardship Program Plan," dated June 4, 2012 (the entire PaintCare plan also is available at http://www.calrecycle.ca.gov/Paint/Plans/Paintcare/June4.pdf);

**Exhibit B**: Approval by the California Department of Resources, Recycling and Recovery ("CalRecycle") of PaintCare's California Architectural Pain Stewardship Program Plan, signed on July 19, 2012 (also available at http://www.calrecycle.ca.gov/Actions/Documents%5C112%5C2012%5C674%5CApproval%20of%20California%20Architectural%20Paint%20Stewardship%20Program%20Plan.pdf);

**Exhibit C**: Excerpts of PaintCare's California Paint Stewardship Program Year 1 Annual Report (2013), dated January 5, 2014 (the entire Annual Report also is available at http://www.calrecycle.ca.gov/actions/Documents%5C77%5C20132013%5C966%5CPaintCare%202013%20CA%20Annual%20Report%20with%20Appendices.pdf);

**Exhibit D**: Approval by CalRecycle of PaintCare's California Architectural Pain Stewardship Program Year 1 Annual Report, signed on April 15, 2014 (also available at http://www.calrecycle.ca.gov/Actions/Documents%5c124%5c20142014%5c1079%5cSigned%20RFA.pdf);

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

|   |   |
|---|---|
| **Exhibit E**: | Excerpts of PaintCare's California Paint Stewardship Program Year 2 Annual Report (2014), dated November 1, 2014 (the entire Annual Report also is available at http://www1.calrecycle.ca.gov/Paint/AnnualReport/2014/PaintCare.pdf); and |
| **Exhibit F**: | Approval by CalRecycle of PaintCare's California Architectural Pain Stewardship Program Year 2 Annual Report, signed on January 27, 2015 (also available at http://www.calrecycle.ca.gov/Actions/Documents%5c124%5c20152014%5c1266%5cRequest%20for%20Approval1%20-%20Signed.pdf). |

## II.    ARGUMENT

This Court should take judicial notice of Exhibits A, B, C, D, E, and F in considering PaintCare's Motion to Dismiss. Rule 201(b) of the Federal Rules of Evidence authorizes courts to take judicial notice of facts that are "not subject to reasonable dispute" and "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).  No party can reasonably dispute the authenticity of any of the attached exhibits.

A matter that is properly the subject of judicial notice may be considered along with the complaint when deciding a motion to dismiss for failure to state a claim. *See MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) ("On a motion to dismiss, we may take judicial notice of matters of public record outside the pleadings."). The submissions of PaintCare's Stewardship Plan, PaintCare's Annual Reports, and the State's approval of the Stewardship Plan and Annual reports are publically-available documents part of the public record.  This Court may take judicial notice of the Stewardship Plan and Annual Reports submitted to the State and the State's subsequent approval of those submissions pursuant to Federal Rule of Evidence 201. *See Wynn v. Chanos*, 75 F. Supp. 3d 1228, 1235 (N.D. Cal. 2014) (noting that "courts may consider

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

1  matters of public record," and therefore taking judicial notice of financial disclosure
2  forms submitted to the SEC).
3       Further, plaintiff's complaint refers to and relies upon the content of PaintCare's
4  annual reports.  Compl. ¶¶ 10, 28.  In evaluating a Rule 12 motion, courts should take
5  judicial notice and consider "documents whose contents are alleged in a complaint."
6  *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005).

### III.    CONCLUSION

     PaintCare respectfully requests that the Court take judicial notice of Exhibits A, B, C, D, E, and F and consider those exhibits in connection with its concurrently-filed Motion to Dismiss Complaint.

                                         Respectfully submitted,

Dated: September 28, 2015         **VENABLE LLP**

                                     By:    /s/ Thomas E. Wallerstein
                                                    Thomas E. Wallerstein
                                                    Attorneys for PaintCare, Inc.

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750