UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENCYCLE PAINT, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAINTCARE, INC., et al., <br><br> Defendants. | Case No. 15-cv-04059-MEJ <br><br> **ORDER CONTINUING HEARING** <br><br> Re: Dkt. No. 25 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on Defendants'[1] Motions to Dismiss, currently set for November 19, 2015, is CONTINUED to December 10, 2015, at 10:00 a.m. in Courtroom B on the 15th Floor of Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: November 12, 2015

MARIA-ELENA JAMES
United States Magistrate Judge

---

[1] On September 28, 2015, Defendants PaintCare, Inc. and Clean Harbors Environmental Services, Inc. filed Motions to Dismiss (Dkt. Nos. 25, 26), and on September 29, 2015, Defendant Stericycle Environmental Solutions, Inc. filed a joinder to the Motions to Dismiss (Dkt. No. 28).