Greggory C. Brandt (Bar No. 189487)
Jennifer P. Tang (Bar No. 280321)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: gbrandt@wendel.com

Attorneys for Plaintiff GreenCycle Paint, Inc., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GREENCYCLE PAINT, INC., a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>PAINTCARE, INC., a Delaware corporation, CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., a Massachusetts corporation, STERICYCLE ENVIRONMENTAL SOLUTIONS, INC., a Delaware corporation, and DOES 1-10,<br><br>        Defendants. | Case No. 3:15-cv-04059-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER RESETTING HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**Civil Local Rules 6-1(b), 6-2 and 7-12**<br><br>Action Filed:   August 4, 2015<br>Removed:      September 4, 2015<br>FAC Filed:     May 6, 2016<br>Trial Date:     None Set |

## STIPULATION

WHEREAS, on June 22, 2016, Defendants PaintCare, Inc., Clean Harbors Environmental Services, Inc., and Stericycle Environmental Solutions, Inc. (collectively, the "Defendants") each filed separate motions to dismiss Plaintiff Greencycle Paint, Inc.'s (the "Plaintiff") First Amended Complaint ("Defendants' Motions to Dismiss").

WHEREAS, Plaintiff's opposition to Defendants' Motions to Dismiss is due on July 6, 2016, Defendants' replies to Plaintiff's opposition to Defendants' Motions to Dismiss are due on July 13, 2016, and a hearing for Defendants' Motions to Dismiss is set for August 11, 2016.

WHEREAS, Plaintiff's counsel has requested from Defendants, and Defendants have agreed to reset the hearing date to September 29, 2016 and to extend Plaintiff's opposition deadline and Defendants' reply deadline to August 10, 2016 and August 24, 2016, respectively, for the following reasons:

(1) In addition to other matters, Plaintiff's counsel has an appeal to be filed with Cal/OSHA on behalf of United States Cold Storage, Inc. by July 1, 2016;

(2) Plaintiff's counsel has a settlement agreement to prepare and finalize on behalf of United States Cold Storage, Inc. in a separate matter;

(3) Plaintiff's counsel has a scheduled vacation from July 1, 2016 to July 11, 2016;

(4) Plaintiff's counsel has a motion for summary judgment to be prepared and filed the week after counsel returns from vacation for the *Andrews v. Cavagnero, et al.* matter in the Superior Court of California, County of Marin (Case No. CV 1500790);

(5) Plaintiff's counsel must oppose three separate motions to dismiss, and Defendant PaintCare, Inc.'s motion to dismiss contains over six hundred pages for review, including detailed legislative history; and

(6) The issue as to the safe harbor provision is one of first impression.

WHEREAS, the parties have previously stipulated to the following time modifications in this case:

(1) To extend Defendant Stericycle Environmental Solutions, Inc.'s time to respond to Plaintiff's Complaint to September 25, 2015;

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

(2) To extend Defendant PaintCare, Inc.'s time to respond to Plaintiff's Complaint to September 28, 2015;

(3) To extend Defendant Clean Harbors Environmental Services, Inc.'s time to respond to Plaintiff's Complaint to September 28, 2015;

(4) To continue the hearing on Defendants' motions to dismiss Plaintiff's Complaint to December 17, 2015 and to continue all dates set forth in the Order Setting Initial Case Management Conference and ADR Deadlines by at least four weeks to accommodate a December 17, 2015 hearing date; and

(5) To extend Defendants' time to respond to Plaintiff's First Amendment Complaint to June 22, 2016.

WHEREAS, the parties have not requested or stipulated to any prior extensions as to Defendants' Motions to Dismiss.

WHEREAS, no trial date or other pre-trial deadlines have been scheduled, so other than the hearing date on the motions to dismiss, Plaintiff's requested modification would not affect the schedule for this case.

THEREFORE, THE PARTIES STIPULATE AND AGREE that the hearing for Defendants' Motions to Dismiss be held on September 29, 2016 and that Plaintiff's opposition and Defendants' replies be submitted on or before August 10, 2016 and August 24, 2016, respectively.

DATED:  June 30, 2016                WENDEL, ROSEN, BLACK & DEAN LLP

By: _____
Greggory C. Brandt
Attorneys for Plaintiff GreenCycle Paint, Inc., a California corporation

1   DATED: June 30, 2016                    VENABLE LLP

2

3                                           By:  _____/s/ Thomas E. Wallerstein_____
                                                 Thomas E. Wallerstein
4                                                Attorneys for Defendant PaintCare, Inc.

5

6   DATED: June 30, 2016                    BURNHAM BROWN

7

8                                           By:  _____/s/ Thomas M. Downey_____
                                                 Thomas M. Downey
9                                                Attorneys for Defendant Clean Harbors
                                                 Environmental Services, Inc.
10

11  DATED: June 30, 2016                    PARSONS, BEHLE & LATIMER

12

13                                          By:  _____/s/ Raymond J. Etcheverry_____
                                                 Raymond J. Etcheverry
14                                               Attorneys for Defendant Stericycle Environmental
                                                 Solutions, Inc.
15

16                                **FILER'S ATTESTATION**

17       Pursuant to Local Rule 5-1(i)(3), I hereby certify that I have obtained the concurrence in

18  the filing of this document from all signatories for whom a signature is indicated by a

19  "conformed" signature (/s/) within this electronically filed document and I have on file records to

20  support this concurrence for subsequent production to the Court if so ordered or for inspection

21  upon request.

22

23  DATED: June 30, 2016                    WENDEL, ROSEN, BLACK & DEAN LLP

24

25                                          By:  _____[signature]_____
                                                 Greggory C. Brandt
26                                               Attorneys for Plaintiff GreenCycle Paint, Inc., a
                                                 California corporation
27

28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

# ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the hearing for Defendants' Motion to Dismiss Plaintiff's First Amended Complaint is reset for September 29, 2016 and that Plaintiff's opposition and Defendants' replies be submitted on or before August 10, 2016 and August 24, 2016, respectively.

**IT IS SO ORDERED.**

DATED:   July 1   , 2016

_____
Maria-Elena James
United States District Court Magistrate Judge

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

020074.0001\4354892.1

STIPULATION AND [PROPOSED] ORDER
RESETTING HEARING DATE AND BRIEFING
SCHEDULE

5

3:15-cv-04059-MEJ