VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENCYCLE PAINT, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PAINTCARE, INC., a Delaware corporation; CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.; a Massachusetts corporation; STERICYCLE ENVIRONMENTAL SOLUTIONS, INC., a Delaware corporation; and DOES 1-10,<br><br>　　　　　　　Defendant. | Case No. 15-cv-04059-MEJ<br><br>Hon. Maria-Elena James<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLIES TO MOTIONS TO DISMISS FIRST AMENDED COMPLAINT AND TO RESET THE HEARING<br><br>Date:　　　　　September 29, 2016<br>Time:　　　　　10:00 a.m.<br>Courtroom:　　B-15th Floor<br><br>Action filed:　　August 4, 2015<br>Removed:　　　September 4, 2015<br>FAC Filed:　　　May 6, 2016<br>Trial Date:　　　None Set |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Stipulation for Extension of Time for Defendants to File Replies to Motions to Dismiss First Amended Complaint and to Reset the Hearing is GRANTED.

The deadlines for Defendants' replies to the Motions to Dismiss Plaintiff's First Amended Complaint is extended to September 9, 2016 and the hearing on the motion to dismiss is reset to December 1, 2016 at 10:00 a.m, or as soon thereafter as the Court may order.

Dated: __August 26, 2016__

_____
Hon. Maria-Elena James
United State Magistrate Judge

1

[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE REPLIES TO MOTIONS TO DISMISS FIRST AMENDED COMPLAINT AND TO RESET THE HEARING - Case No: 15-cv-04059-MEJ