MATTHEW SCHECHTER (212003)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th floor
San Jose, CA 95113
Telephone:  408.279-8700
Fax:  408.279.3244
Email:  mschechter@mcmanislaw.com

PARSONS BEHLE & LATIMER
RAYMOND J. ETCHEVERRY (appearance *pro hac vice*)
CORY D. SINCLAIR (appearance *pro hac vice*)
REtcheverry@parsonsbehle.com
CSinclair@parsonsbehle.com
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone:     801.532.1234
Facsimile:     801.536.6111

Attorneys for Defendant STERICYCLE ENVIRONMENTAL SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENCYCLE PAINT, INC., a California corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>PAINTCARE, INC., a Delaware corporation, CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., a Massachusetts corporation, STERICYCLE ENVIRONMENTAL SOLUTIONS, INC., a Delaware corporation, and DOES 1-10,<br><br>              Defendants. | No. 3:15-cv-04059-MEJ<br><br>**DECLARATION OF CORY D. SINCLAIR** |

I, Cory D. Sinclair, declare under penalty of perjury under the laws of the United States as follows:

1.     I am an attorney-at-law and a shareholder in the law firm of Parsons Behle & Latimer in Salt Lake City, Utah.  I am counsel of record herein for Stericycle Environmental Solutions, Inc. ("Stericycle").  I have firsthand knowledge of the facts set forth here in this Declaration and, if called to do so, could testify competently to them.

2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of Lisa Cherri Taylor, dated March 15, 2018.

3.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition of Glen Arnold Dillman, dated April 5, 2018.

4.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the deposition of Marc Winkler, dated March 20, 2018.

5.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the 2015 Annual PaintCare Report, produced in this case by Plaintiff GreenCycle, Inc. ("GreenCycle") with bates number GCP0013820.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the California Architectural Paint Recovery Waste Paint Transportation and Processing Agreement, produced by Stericycle with bates number SRCLG00003462.

7.      Attached hereto as Exhibit 6 is the Amended California Architectural Paint Recovery Waste Paint Transportation and Processing Agreement, produced by Stericycle with bates number SRCLG00000682.

8.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the corporate deposition of Visions Recycling, Inc., dated March 6, 2018.

9.      Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the deposition of Alan Beilke, Volume II, dated February 1, 2018.

10.     Attached hereto as Exhibit 9 is a true and correct copy of an email sent by Alan Beilke to Glen Dillman, dated March 18, 2013, produced by Stericycle with bates number SRCLG00000109.

11.     Attached hereto as Exhibit 10 is a true and correct copy of a Vendor Audit Request Form, dated April 1, 2013, produced by Stericycle with bates number SRCLG00001954.

12.     Attached hereto as Exhibit 11 is a true and correct copy of an email chain regarding Stericycle's denial of GreenCycle's audit request, with the last email dated April 26, 2013, produced by Stericycle with bates number SRCLG00000106.

13.     Attached hereto as Exhibit 12 is a true and correct copy of an email from Marjaneh Zarrehparvar to Glen Dillman and Cherri Taylor, dated June 24, 2013, produced by Stericycle with bates number SRCLG00000563.

14.     Attached hereto as Exhibit 13 is a true and correct copy of the Vendor Checklist and Approval Form, dated January 23, 2014, produced by Stericycle with bates number SRCLG0000145.

15.     Attached hereto as Exhibit 14 is a true and correct copy of an email from Glen Dillman to Jennifer Hoisington and Andy Maloy dated February 6, 2014, produced by Stericycle with bates number SRCLG00001988.

16.     Attached hereto as Exhibit 15 is a true and correct copy of an email from Greg Harris to Glen Dillman and Leslie Fischer, dated February 7, 2014, produced by Stericycle with bates number SRCLG00001993.

17.     Attached hereto as Exhibit 16 is a true and correct copy of an email chain to and from Leslie Fischer and Alan Beilke, with the most recent email dated February 20, 2014, produced by Stericycle with bates number SRCLG00001999.

18.     Attached hereto as Exhibit 17 is a true and correct copy of an email from Leslie Fischer to various Stericycle personnel, dated February 19, 2014, produced by Stericycle with bates number SRCLG00002009.

19.     Attached hereto as Exhibit 18 is a true and correct copy of an email from Leslie Fischer to Alan Beilke, dated February 20, 2014 produced by Stericycle with bates number SRCLG00002014.

20.     Attached hereto as Exhibit 19 is a true and correct copy of an email from Alan Beilke to Leslie Fischer, dated March 6, 2014, produced by Stericycle with bates number SRCLG00002025.

21.     Attached hereto as Exhibit 20 is a true and correct copy of an email from Leslie Fischer to Alan Beilke, dated March 26, 2014, produced by Stericycle with bates number SRCLG00002063.

22. Attached hereto as Exhibit 21 is a true and correct copy of an email from Leslie Fischer to Alan Beilke, dated April 11, 2014, produced by Stericycle with bates number SRCLG00002108.

23. Attached hereto as Exhibit 22 is a true and correct copy of an email from Alan Beilke to Leslie Fischer, dated April 14, 2014, produced by Stericycle with bates number SRCLG00002122.

24. Attached hereto as Exhibit 23 is a true and correct copy of an email from Leslie Fischer to Alan Beilke, dated April 25, 2014, produced by Stericycle with bates number SRCLG00003045.

25. Attached hereto as Exhibit 24 is a true and correct copy of an email from Cherri Taylor to various personnel at PaintCare, dated May 3, 2014, produced by Stericycle with bates number SRCLG00003967.

26. Attached hereto as Exhibit 25 is a true and correct copy of an email from Marjaneh Zarrehparvar to Leslie Fischer, dated June 3, 2014, produced by Stericycle with bates number SRCLG00000727.

27. Attached hereto as Exhibit 26 is a true and correct copy of an email from Caitlin Sanders to Peter Nuti and Loma Thomson, dated February 12, 2015, produced by Stericycle with bates number SRCLG00003267.

28. Attached hereto as Exhibit 27 is a true and correct copy of an email from Leslie Fischer to Cherri Taylor, dated November 3, 2014, produced by Stericycle with bates number SRCLG00002584.

29. Attached hereto as Exhibit 28 is a true and correct copy of excerpts from the deposition of Marjaneh Zarrehparvar, dated March 27, 2018.

30. Attached hereto as Exhibit 29 is a true and correct copy of an email from Alan Beilke to Cherri Taylor, dated December 22, 2014, produced by GreenCycle with bates number GCP0008250.

31. Attached hereto as Exhibit 30 is a true and correct copy of excerpts from the deposition of Alan Beilke, Volume I, dated January 31, 2018.

DECLARATION OF CORY D. SINCLAIR (Case No. 4:15cv04059-MEJ)
4839-4771-4661v1

32. Attached hereto as Exhibit 31 is a true and correct copy of an email from Caitlin Sanders of PaintCare to Cherri Taylor, dated January 30, 2015, produced by Stericycle with bates number SRCLG00000125.

33. Attached hereto as Exhibit 32 is a true and correct copy of an email from Leslie Fischer to Terri Ryan, dated July 31, 2015, produced by Stericycle with bates number SRCLG00002252.

34. Attached hereto as Exhibit 33 is a true and correct copy of excerpts from the deposition of Fred Gabriel, dated March 29, 2018.

35. Attached hereto as Exhibit 34 is a true and correct copy of excerpts from the deposition of Curt William Lock, dated March 22, 2018.

36. Attached hereto as Exhibit 35 is a true and correct copy of excerpts from the deposition of Michael Platt, dated March 30, 2018.

37. Attached hereto as Exhibit 36 is a true and correct copy of excerpts from the deposition of Julie Knox, dated April 3, 2018.

38. Attached hereto as Exhibit 37 is a true and correct copy of the expert report of Julie Knox, dated March 5, 2018.

39. Attached hereto as Exhibit 38 is a true and correct copy of the expert report of Dr. David L. Sunding, dated March 5, 2018.

I declare under penalty of perjury under the laws of the State of Utah and the United States that the above facts are true and correct.

Executed May 10, 2018 in Salt Lake City, Utah

/s/ Cory D. Sinclair
Cory D. Sinclair

**EXHIBIT LIST**

| | | |
|---|---|---|
| | Exhibit 1 | Excerpts from the deposition of Lisa Cherri Taylor dated March 15, 2018 |
| | Exhibit 2 | Excerpts from the deposition of Glen Arnold Dillman dated April 5, 2018 |
| | Exhibit 3 | Excerpts from the deposition of Marc Winkler dated March 20, 2018 |
| | Exhibit 4 | Excerpts from the 2015 Annual PaintCare Report (Bates no. GCP0013820) |
| | Exhibit 5 | California Architectural Paint Recovery Waste Paint Transportation and Processing Agreement (Bates no. SRCLG00003462) |
| | Exhibit 6 | Amended California Architectural Paint Recovery Waste Paint Transportation and Processing Agreement (Bates no. SRCLG00000682) |
| | Exhibit 7 | Excerpts from the corporate deposition of Visions Recycling, Inc. dated March 6, 2018 |
| | Exhibit 8 | Excerpts from the deposition of Alan Beilke, Volume II, dated February 1, 2018 |
| | Exhibit 9 | Email from Alan Beilke to Glen Dillman dated March 18, 2013 (Bates no. SRCLG00000109) |
| | Exhibit 10 | Vendor Audit Request Form dated April 1, 2013 (Bates no. SRCLG00001954) |
| | Exhibit 11 | Email chain regarding Stericycle's denial of GreenCycle's audit request (Bates no. SRCLG00000106) |
| | Exhibit 12 | Email from Marjaneh Zarrehparvar to Glen Dillman and Cherri Taylor dated June 24, 2013 (Bates no. SRCLG00000563) |
| | Exhibit 13 | Vendor Checklist and Approval Form, dated January 23, 2014 (Bates no. SRCLG0000145) |
| | Exhibit 14 | Email from Glen Dillman to Jennifer Hoisington and Andy Maloy dated February 6, 2014 (Bates no. SRCLG00001988) |
| | Exhibit 15 | Email from Greg Harris to Glen Dillman and Leslie Fischer dated February 7, 2014 (Bates no. SRCLG00001993) |
| | Exhibit 16 | Email chain to/from Leslie Fischer and Alan Beilke (Bates no. SRCLG00001999) |

**EXHIBIT LIST, CONT'D.**

| | | |
|---|---|---|
| Exhibit 17 | Email from Leslie Fischer dated February 19, 2014 (Bates no. SRCLG00002009 | |
| Exhibit 18 | Email from Leslie Fischer to Alan Beilke dated February 20, 2014 (Bates no. SRCLG00002014 | |
| Exhibit 19 | Email from Alan Beilke to Leslie Fischer dated March 6, 2014 (Bates no. SRCLG00002025) | |
| Exhibit 20 | Email from Leslie Fischer to Alan Beilke dated March 26, 2014 (Bates no. SRCLG00002063 | |
| Exhibit 21 | Email from Leslie Fischer to Alan Beilke dated April 11, 2014 (Bates no. SRCLG00002108 | |
| Exhibit 22 | Email from Alan Beilke to Leslie Fischer dated April 14, 2014 (Bates no. SRCLG00002122) | |
| Exhibit 23 | Email from Leslie Fischer to Alan Beilke dated April 25, 2014 (Bates no. SRCLG00003045) | |
| Exhibit 24 | Email from Cherri Taylor dated May 3, 2014 (Bates no. SRCLG00003967) | |
| Exhibit 25 | Email from Marjaneh Zarrehparvar to Leslie Fischer dated June 3, 2014 (Bates no. SRCLG00000727) | |
| Exhibit 26 | Email from Caitlin Sanders to Peter Nuti and Loma Thomson dated February 12, 2015 (Bates no. SRCLG00003267) | |
| Exhibit 27 | Email from Leslie Fischer to Cherri Taylor dated November 3, 2014 (Bates no. SRCLG00002584) | |
| Exhibit 28 | Excerpts from deposition of Marjaneh Zarrehparvar dated March 27, 2018 | |
| Exhibit 29 | Email from Alan Beilke to Cherri Taylor dated December 22, 2014 (Bates no. GCP0008250) | |
| Exhibit 30 | Excerpts from deposition of Alan Beilke, Volume I dated January 31, 2018 | |
| Exhibit 31 | Email from Caitlin Sanders to Cherri Taylor dated January 30, 2015 (Bates no. SRCLG00000125) | |

**EXHIBIT LIST, CONT'D.**

| | |
|---|---|
| Exhibit 32 | Email from Leslie Fischer to Terri Ryan dated July 31, 2015 (Bates no. SRCLG00002252) |
| Exhibit 33 | Excerpts from deposition of Fred Gabriel dated March 29, 2018 |
| Exhibit 34 | Excerpts from deposition of Curt William Lock dated March 22, 2018 |
| Exhibit 35 | Excerpts from deposition of Michael Platt dated March 30, 2018 |
| Exhibit 36 | Excerpts from deposition of Julie Knox dated April 3, 2018 |
| Exhibit 37 | Expert report of Julie Knox dated March 5, 2018 |
| Exhibit 38 | Expert report of Dr. David L. Sunding dated March 5, 2018 |

## CERTIFICATE OF FILING SERVICE

I HEREBY CERTIFY that on this 10th day of May 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification to the following counsel of record:

Greggory C. Brandt
William C. Acevedo
Yasmeen Omidi
WENDEL, ROSEN, BLACK & DEAN LLP
gbrandt@wendel.com
wacevedo@wendel.com
yomidi@wendel.com

Joseph A. Ostoyich
BAKER BOTTS L.L.P.
Joseph.ostoyich@bakerbotts.com

Thomas M. Downey
Rohit A. Sabnis
Eugene S. Lee
BURNHAM BROWN
tdowney@burnhambrown.com
rsabnis@burnhambrown.com
elee@burnhambrown.com

Eric G. Lasker
Matthew J. Malinowski
Bryan R. Redfern
HOLLINGSWORTH LLP
elasker@hollingsworthllp.com
mmalinowski@hollingsworthllp.com
bredfern@hollingsworthllp.com

/s/ Cory D. Sinclair