EXHIBIT 10

**PSC Environmental, Health and Safety Policies and Procedures**

**e PSC**  Disposal Vendor Audit Request Form

Number: **PSCEHS-06000-A01**
Page: **1 of 3**
Revision: **1**
Issue Date: **October 2011**
Supersedes: **January 2010**

| | | | | |
|---|---|---|---|---|
| **This page to be completed by requestor and submitted to the Disposal Vendor Program Administrator** |
| New Disposal Vendor Requests may also be submitted electronically through ComplianceNow. |
| Facility Type: | ☒ New Facility | ☐ Re-audit Active Facility | | ☐ Re-audit Inactive Facility |
| | ☐ New Site Under Approved Corporate Vendor (initial site audit typically not required) | | | |
| Facility Name (as permitted): | \multicolumn{4}{l}{GreenCycle Paint, Inc} |
| Facility Address: | \multicolumn{4}{l}{7531 San Leandro Street} |
| City, State Zip Code: | \multicolumn{4}{l}{Oakland, CA} |
| Phone and Fax Numbers: | \multicolumn{4}{l}{510-568-5939} |
| EPA ID No. (or N/A): | \multicolumn{4}{l}{NA} |
| Name of Parent Company: | \multicolumn{4}{l}{Same} |
| Name(s) of Subsidiaries: | \multicolumn{4}{l}{Same} |
| Company Website: | \multicolumn{4}{l}{www.greencyclepaint.com} |
| Facility Audit Contact Name: | \multicolumn{4}{l}{Alan Beilke} |
| Title: | | | | |
| Phone Number(s): | \multicolumn{4}{l}{510-568-5939, cell 925-858-0928} |
| Email Address: | \multicolumn{4}{l}{alan@greencyclepaint.com} |

Reason For Audit - explain need for this facility versus availability of currently approved facilities, and will currently approved facilities no longer be used:

New options for latex in N. Cal. PSC needs to be the lead in reviewing these facilites on behalf of our clients, mainly paintcare. Need to have more than just Visions approved.  Auditor needs to be aware of Latex Paint Processor requirements under CA Law.

Names of PSC locations that will ship to this facility and anticipated frequency of use (volume per year). Audit cost will be shared equally by PSC locations listed above unless otherwise indicated.  Audit cost is typically $3600 - $5000.

Rancho/Benicia - Paintcare HHW  (Latex Paint Recycling in N. Cal has an est. 1MM annual spend.)

☐ Sample Insurance Certificate Attached (if possible, please obtain a sample insurance certificate from vendor)

Indicate priority below.  Actual turnaround time depends on vendor cooperation and current audit load.

☐ Standard (4-6 week turnaround)        ☒ Expedited (2-3 week turnaround – may incur additional fees)

For PSC internal use; do not distribute to third parties

## PSC Environmental, Health and Safety Policies and Procedures

**Disposal Vendor Audit Request Form**

Number: **PSCEHS-06000-A01**
Page: **2 of 3**
Revision: **1**
Issue Date: **October 2011**
Supersedes: January 2010

| PSC Requestor's Name: | PSC Requestor's Location: | Date: |
|---|---|---|
| Glen Dillman | Kent, WA | 4/1/2013 |

For PSC internal use; do not distribute to third parties

Confidential                                                                                SRCLG00001955

**PSC Environmental, Health and Safety Policies and Procedures**

**Disposal Vendor Audit Request Form**

Number: **PSCEHS-06000-A01**
Page: **3 of 3**
Revision: **1**
Issue Date: **October 2011**
Supersedes: **January 2010**

| FOR COMPLETION BY THE DISPOSAL VENDOR ADMINISTRATOR | | |
|---|---|---|
| **Regional Materials Mgr. (if any)** | ☐ Approve ☐ Reject | Date:<br>Signed: |
| Notes/reason: | | |
| **EHS Division Director** | ☐ Approve ☐ Reject | Date:<br>Signed: |
| Notes/reason: | | |
| **Regional Vice President** | ☐ Approve ☐ Reject | Date:<br>Signed: |
| Notes/reason: | | |
| **Auditor/Assigned EHS Manager** | | Priority: |

| Revision History | | | | |
|---|---|---|---|---|
| **Revision No.** | **Date Issued** | **Summary of Revisions** | **Author** | **Approver** |
| 0 | January 2010 | Original issue | Andy Maloy | Lisa Tuck |
| 1 | October 2011 | Revised to reflect program changes | John Stiller | Andy Maloy |

For PSC internal use; do not distribute to third parties

Confidential                                                                 SRCLG00001956