# EXHIBIT 13

# PSCEHS-06000-A02

Disposal Vendor Audit Checklist Approval Form



**PSC Environmental, Health and Safety Policies and Procedures**

 **Disposal Vendor Audit Checklist and Approval Form**

Number: **PSCEHS-06000-A02**
Page: **1 of 7**
Revision: **1**
Issue Date: **October 2011**
Supersedes: **January 2010**

| DISPOSAL VENDOR AUDIT CHECKLIST AND APPROVAL FORM | | | |
|---|---|---|---|
| **TO BE COMPLETED BY AUDITOR** Complete and return upon completion of audit to EHS Disposal Vendor Administrator. Include relevant audit documents (documents may follow at a later date). | | | |
| Date of This Audit: | 1/20/2014 | Type of Audit: | ☐ Desktop  ☒ Site Visit |
| Date of Previous Audit (if any): | | Type of Audit: | ☐ Phone  ☐ Site Visit |
| PSC Auditor(s) Name(s): | Peter Masson, CRA | | |
| Facility Name (as permitted): | GreenCycle Paint, Inc. | | |
| Address: | 7531 San Leandro Street | | |
| City, State and Zip Code: | Oakland, CA | | |
| EPA ID No. (or N/A): | CAL000383297 | | |
| Names of PSC Locations that will ship to this facility: | | | |
| Primary Facility Type: | RCY (NO EWASTE):Recycling facility  Indicate all that apply: ☒ Non Hazardous  ☒ Hazardous  ☐ PCB | | |
| Specialty (Req'd for BKR, RCY & TSD): | Recycling latex and acrylic paint | | |
| Secondary Facility Type (if any): | Pick from drop down list  Indicate all that apply: ☐ Non Hazardous  ☒ Hazardous  ☐ PCB | | |
| Specialty (Req'd for BKR, RCY & TSD): | | | |
| Sustainability / E-Waste Addendum Completed: | | ☒ No  ☐ Yes | |
| **OVERALL AUDIT RESULTS – TO BE COMPLETED BY AUDITOR** | | | |
| Approval Recommendation: | ☒ Approved  ☐ Not Approved / Inactivate (see summary below)  ☐ Pending (see description below) | | |
| Approval Cycle: | **Note standard Approval Cycle by Facility Type (above). Provide justification for any deviation from the standard Approval Cycle in the space below.** | | |
| | ☐ Annual: | XFER, BKR | |
| | ☐ 3-years: | EWS, BIF, DRUM REC, DEEPWELL-H, DEEPWEEL-NH, INCIN-H, INCIN-NH, INCIN-PCB, LF-H, LF-PCB, MED, MRES, NORM, NOW, ORR, RAD, TD-S, TSDF, WWT-H, WWT-NH | |
| | ☒ 5-years: | CO-GEN, LF-NH, TRASH-NH, RCY, TANKWASH, UTILITY, ER | |
| Justification for selecting non-standard approval cycle: | | | |



| | Number: | PSCEHS-06000-A02 |
|---|---|---|
| **Disposal Vendor Audit Checklist and Approval Form** | Page: | **2 of 7** |
| | Revision: | **1** |
| | Issue Date: | **October 2011** |
| | Supersedes: | **January 2010** |

| AUDIT RESULTS BY SECTION – TO BE COMPLETED BY AUDITOR | |
|---|---|
| (For phone audit, verify completion where verification of accuracy is not possible.) | |
| **GENERAL INFORMATION** | ☒ Verified completion and accuracy of information |
| Notes or items of concern: | 1) GreenCycle Inc. (GreenCycle) is a recylcler of old latex and acrylic paint. No oil-based paints or other hazardous wastes are accepted. |
| | 2) Paints are filtered and blended back into usable paint that is then sold in bulk. No repackaging occurs on site into small containers. |
| | 3) While the owner has been preparing the business for some time, the business offically began operating December 12, 2013. Hence, some forms, like the OSHA 300 forms, have not been completed for an entire year at this time and so are not included in this audit. |
| **HEALTH AND SAFETY INFORMATION** | ☒ Verified completion and accuracy of information |
| Notes or items of concern: | 1) GreenCycle has prepared a Contingency Plan in compliance with the requirements of the local Certified Unified Program Agency (CUPA) that oversees hazardous waste opertions, in this case the City of Oakland. |
| | 2) GreenCycle also supplied their training manual for review. |
| | 3) While they do not have an OSHA 300 form for an entire year, they have not had any OSHA recordable incidents to date. |
| | 4) A safey kit/eye wash is located in the paint processing area (Photo 1). |
| **FACILITY DESCRIPTION** | ☒ Verified completion and accuracy of information |
| Notes or items of concern: | 1) GreenCycle leases the facility. The entire facility is covered in pavement (Photo 2) and no storm drains are present on the portion of the property they lease. |
| | 2) Deliveries are received through one of two doors in the front of the building. Inside of each door, GreenCycle has installed a curb to comply with their recent CUPA inspection as a spill control measure (Photos 3 & 4). The rest of the building is contained by a 12-inch foundation wall on top of which rests the metal structure. |
| | 3) Spill kits are located in the main receiving area (Photo 5) and can be accessed quickly if a bulk box is received that may contain a leaking container of paint. |
| | 4) The biggest concern noted during the audit was the storage of dried paint cans, buckets and solids beind the building in a generally uncovered area. Paint solids are considered dried when moved to this area and are the one item that is covered under a shed roof (Photo 6); at this time GreenCycle has not generated enough solids for processing but hopes to develop a process for mixing their paint solids with foundary sands/fly ash from the adjacent foundry as an additive for concrete (GreenCycle is working with a university professor to develop |

Case 3:15-cv-04059-TSH   Document 141-7   Filed 05/10/18   Page 5 of 9

**PSC Environmental, Health and Safety Policies and Procedures**


**Disposal Vendor Audit Checklist and Approval Form**

Number: **PSCEHS-06000-A02**
Page: **3 of 7**
Revision: **1**
Issue Date: **October 2011**
Supersedes: **January 2010**

|  |  |
|---|---|
|  | this process but the final product is months away from testing). While GreenCycle stores buckets and cans indoors for 1-2 days before they are placed outside, and so are presumed to be dry, these containers are then stored for recycling in an uncovered area (Photos 7 & 8). While there are no storm drains in the area so it is unlikely impacted runoff would migrate to surface waters, the auditor advised GreenCycle to consider covering this area in the future to avoid leaching to stormwater and potential runoff impacts. |
| **TYPES OF OPERATION** | ☒ Verified completion and accuracy of information |
| Notes or items of concern: | 1) Bulked paints are received and stored near the entrance to the building (Photo 9). At this time paint is only received from Republic Services. The bulk boxes are then forklifted up to the elevated working platform for sorting (Photo 10). |
|  | 2) Paint containers are then sorted by color and fed through gravity fed filters (Photo 11) down to bulk totes below the platform (Photo 12). |
|  | 3) Bulked paint is then pumped through additional filtration into bulk blending tanks (Photo 13). During blending bleach is added to kill any mildew that may be growing in the old paint. |
|  | 4) After blending, the final product is stored for shipment overseas in totes (Photo 14). |
|  | 5) Empty bulk containers are stored (Photo 15) and used for returning paint containers to Republic for recycling. At this time, GreenCycle has not encountered any oil-based paints so has not yet established an area for their storage. |
|  | 6) Empty paint conainters are fed through a chute on the process platform and bulked below (Photo 16). As noted above, GreenCycle says they store them indoors until dry before placing them outdoors prior to recycling. |
| **TYPES OF WASTE MANAGED** | ☒ Verified completion and accuracy of information |
| Notes or items of concern: | 1) GreenCycle will only accept latex and acrylic paints. While they have not yet encountered any oil-based products in their shipments, if these were to be encountered they would be returned to Republic. |
|  | 2) At this time GreenCycle only has one source of paint, i.e. Republic Services. Their entire waste acceptance procedure is based on a) customer knowledge of the paint sources and b) visual inspection when the boxes are sorted. There is no on site lab and they have no customer profile form. They anticipate that when/if they are accepted into the PaintCares program they will adopt PaintCares procedures and forms, but their current operation and waste acceptance relies heavily on the the knowledge that Republic ships them appropraite paints for their recycling operation. |
| **ON-SITE WASTE GENERATION AND PRODUCT USAGE** | ☒ Verified completion and accuracy of information |
| Notes or items of concern: | 1) Metal and plastic paint containers are shipped off-site for recycling |

# PSC Environmental, Health and Safety Policies and Procedures


**Disposal Vendor Audit Checklist and Approval Form**

Number: **PSCEHS-06000-A02**
Page: **4 of 7**
Revision: **1**
Issue Date: **October 2011**
Supersedes: **January 2010**

| | |
|---|---|
| | by Superlink Plastics Recycling and Republic Services. |
| | 2) Paint solids from the filters are shipped to Republic Services for disposal. At this time bulk paint solids from dried cans/buckets of paint are being stored outside pending aggregate blending research. |
| | 3) GreenCycle makes every attempt to reuse any wastewater generated back into the process. At this time they have not collected enough wastewater to ship off site. When they do, it will be handled by Environmental Logistics. |
| **PERMITS, PLANS, DOCUMENTATION, AND COMPLIANCE** | ☒ Verified completion and accuracy of information |
| Reviewed and demonstrated recordkeeping for these operations as appropriate: | ☐ Hazardous Waste Operations  ☐ PCB Operations  ☐ Air Permits<br>☐ POTW Permits  ☐ NPDES Permits  ☒ SW / NHW / MRW Permits<br>☐ Other Info (i.e. OPA, SPCC, EPCRA) |
| Notes or items of concern: | 1) GreenCycle has been approved by the local CUPA for non-hazardous waste operations and has obtained a California waste identification number.<br>2) They do not require any air permitting, stormwater permitting (handled by the property owner) or POTW permitting (no wastewater disposed on site).<br>3) The only issue that arose during their first CUPA inspection was the lack of curbing by the doors for spill control. This was quickly addressed by the installation of curbs. |
| **FINANCIAL ASSURANCE / LIABILITY INSURANCE** | ☒ Verified completion and accuracy of information |
| Reviewed amounts and coverage as adequate for operation and meeting minimums established by PSC: | ☐ Closure Plan and Closure Cost Estimate<br>☐ Post-Closure Plan and Closure Cost Estimate<br>☐ Closure Financial Assurance Mechanism<br>☐ Haz Waste Facility Certificate of Liability Insurance (PLL)<br>☒ Insurance Coverage (e.g. General, Auto, WC, Umbrella, Pollution)<br>☐ MCS-90 |

**PSC Environmental, Health and Safety Policies and Procedures**

 **Disposal Vendor Audit Checklist and Approval Form**

Number: **PSCEHS-06000-A02**
Page: **5 of 7**
Revision: **1**
Issue Date: **October 2011**
Supersedes: **January 2010**

| FINANCIAL ASSURANCE / LIABILITY INSURANCE (Continued) | |
|---|---|
| If approval is recommended and vendor does not meet minimum insurance requirements, provide justification here: | 1) Appropriate documents have been supplied for PSC review. |
| Notes or items of concern: | NA |
| SUMMARY (Provide a brief general summary and any other comments about the audit or the items identified above (e.g. housekeeping, operational knowledge): | Housekeeping and the general condition of the site was excellent. The auditor did not notice anystaining, evidence of spillage, or any concerns that would provide a reason not to approve this facility. |

| | Check All Documents Provided by Vendor |
|---|---|
| ☒ | Completed PSC Disposal Vendor Pre-Qualification Questionnaire. |
| ☐ | Quarterly/Annual Report or hyperlink. |
| ☒ | 3 Year Compliance History (regulatory agency audits or inspections). |
| ☐ | OSHA 300A Logs or summary of Form 7000-1 filings for previous 3 yrs. |
| ☐ | Letter indicating EMR for previous 3 yrs. |
| ☒ | General facility layout drawing/site map and a location map of the surrounding area. |
| ☐ | Copy of current USDOT/PHMSA Hazardous Material Certificate of Registration. |
| ☐ | Certification that Hazardous Materials Transportation Security Plan is in place. |
| ☐ | Copy of current USDOT/PHMSA Hazardous Material Safety Permit (MCS-150B). |
| ☒ | Various permit cover pages with expiration dates. If in renewal, attached documentation of renewal. |
| ☐ | Closure Financial Assurance Mechanism – including most recent inflation adjustment. |
| ☐ | Hazardous Waste Facility Certificate of Liability Insurance (PLL). |
| ☒ | Insurance coverage documentation (e.g. ACORD Form and/or State form). |
| ☐ | Form MCS-90 (required for transporters). |
| ☐ | Audit Package provided by Vendor |
| ☐ | Other (specify): |

| Auditor Signature: | Peter Masson | Dated: | 1/23/14 |
|---|---|---|---|

**PSC Environmental, Health and Safety Policies and Procedures**



**Disposal Vendor Audit Checklist and Approval Form**

Number: **PSCEHS-06000-A02**
Page: **6 of 7**
Revision: **1**
Issue Date: **October 2011**
Supersedes: **January 2010**

| APPROVALS - TO BE COMPLETED BY EHS DISPOSAL VENDOR ADMINISTRATOR (approvals may alternately be tracked in an electronic tracking system) | | | |
|---|---|---|---|
| **Disposal Vendor Audit Program Manager** | ☐ Approve<br>☐ Reject | Date:<br>Signed: | _____<br>_____ |
| Notes/Reason: | | | |
| **Division Director, EHS** | ☐ Approve<br>☐ Reject | Date:<br>Signed: | _____<br>_____ |
| Notes/Reason: | | | |

For PSC internal use; do not distribute to third parties

CONFIDENTIAL

SRCLG00000151

**PSC Environmental, Health and Safety Policies and Procedures**



**Disposal Vendor Audit Checklist and Approval Form**

Number: **PSCEHS-06000-A02**
Page: **7 of 7**
Revision: **1**
Issue Date: **October 2011**
Supersedes: **January 2010**

| Revision History |||||
|---|---|---|---|---|
| **Revision No.** | **Date Issued** | **Summary of Revisions** | **Author** | **Approver** |
| 0 | January 2010 | Original issue | Andy Maloy | Lisa Tuck |
| 1 | October 2011 | Brought in line with procedural changes | John Stiller | Andy Maloy |

For PSC internal use; do not distribute to third parties

CONFIDENTIAL

SRCLG00000152