# EXHIBIT 25

| | |
|---|---|
| **From:** | Marjaneh Zarrehparvar |
| **To:** | Fischer, Leslie (PSC) |
| **CC:** | Terri Ryan; Paul Fresina; Taylor, Cherri (PSC) |
| **Sent:** | 6/3/2014 3:08:27 AM |
| **Subject:** | RE: Green Cycle approval |

Thanks Leslie.

**Marjaneh Zarrehparvar** | PaintCare | Executive Director
202-719-3683 | mzarrehparvar@paint.org | www.paintcare.org

*Recycle with PaintCare*

---

**From:** Fischer, Leslie (PSC) [mailto:Leslie.Fischer@pscnow.com]
**Sent:** Monday, June 02, 2014 2:12 PM
**To:** Marjaneh Zarrehparvar
**Cc:** Terri Ryan; Paul Fresina; Taylor, Cherri (PSC); Fischer, Leslie (PSC)
**Subject:** RE: Green Cycle approval

Hi Marjaneh,
Please see below and let me know if you have any further questions:
- Did PSC previously manage their latex? Yes, we did previously manage their latex.
- If yes, where did you take it, and when did the change occur? We previously took the latex to Visions and the changeover began in September of last year.
- Are you not shipping for them anymore because Green Cycle was not an approved PSC-vendor or because the county chose to manage the latex in a different manner. The County chose to use a local vendor for their latex management and we were not able to ship until we had gone through the approvals process to get them onboard.
- If the latter, do you know who is hauling their paint to Green Cycle currently. GreenCycle I believe is picking up the latex directly.


*Leslie Fischer*
HHW Account Representative
Stericycle Environmental Solutions | PSC
11855 White Rock Road, Rancho Cordova, CA 95742
(925) 350-1559 | leslie.fischer@pscnow.com
www.stericycle.com | www.pscnow.com

 

---

**From:** Marjaneh Zarrehparvar [mailto:mzarrehparvar@paint.org]
**Sent:** Sunday, June 01, 2014 12:58 PM
**To:** Fischer, Leslie (PSC)
**Cc:** Terri Ryan; Paul Fresina
**Subject:** RE: Green Cycle approval

Hi Leslie – So we are informed, would you please share the latex management history of West County with us.

- Did PSC previously manage their latex?
- If yes, where did you take it, and when did the change occur?
- Are you not shipping for them anymore because Green Cycle was not an approved PSC-vendor or because the county chose to manage the latex in a different manner.
- If the latter, do you know who is hauling their paint to Green Cycle currently.

Thanks in advance, Marjaneh

**Marjaneh Zarrehparvar** | PaintCare | Executive Director
202-719-3683 | mzarrehparvar@paint.org | www.paintcare.org

*Recycle with PaintCare*

---

**From:** Taylor, Cherri (PSC) [mailto:Cherri.Taylor@pscnow.com]
**Sent:** Saturday, May 31, 2014 11:21 AM
**To:** Marjaneh Zarrehparvar
**Cc:** Terri Ryan; Caitlin Sanders; Alison Keane; Fischer, Leslie (PSC); Jeff Wasikowski; Paul Fresina; Dillman, Glen (PSC)
**Subject:** Re: Green Cycle approval

We have not been shipping to green cycle.  Customer has been dealing directly with them, I am not sure how long. I would have to ask Leslie

Sent from my iPhone

On May 31, 2014, at 7:35 AM, "Marjaneh Zarrehparvar" <mzarrehparvar@paint.org> wrote:

How long have you been taking their paint to Green Cycle?

Thanks, Marjaneh
(202) 719-3683 w
(202) 360-8187 m

Sent from my mobile.


"Taylor, Cherri (PSC)" <Cherri.Taylor@pscnow.com> wrote:

WCRR has been eligible to participate via indirect contract, but their preference was to continue managing their latex via the local vendor.  The audit of Green Cycle was strongly encouraged by our customer.

---

**From:** Marjaneh Zarrehparvar [mailto:mzarrehparvar@paint.org]
**Sent:** Friday, May 30, 2014 5:48 PM
**To:** Taylor, Cherri (PSC)
**Cc:** Terri Ryan; Caitlin Sanders; Alison Keane; Fischer, Leslie (PSC); Jeff Wasikowski; Paul Fresina; Dillman, Glen (PSC)
**Subject:** RE: Green Cycle approval

Thanks. So I'm clear, they have been eligible via the indirect contract this entire time?

By the way, just so we are crystal clear on what is transpiring, was the approval of Green Cycle a condition of their participation? And are you already using Green Cycle, or is this a new requirement on the part of West County?

Thanks, Marjaneh

---

**From:** Taylor, Cherri (PSC) [mailto:Cherri.Taylor@pscnow.com]
**Sent:** Friday, May 30, 2014 10:47 AM
**To:** Marjaneh Zarrehparvar
**Cc:** Terri Ryan; Caitlin Sanders; Alison Keane; Fischer, Leslie (PSC); Jeff Wasikowski; Paul Fresina; Dillman, Glen (PSC)
**Subject:** RE: Green Cycle approval

PSC operates the WCRR site, so I anticipate they want to proceed with an authorization letter.  If the team needs the contact information to move this forward

please let Leslie Fisher know and she can facilitate.

Have a great weekend!

Best Regards,

# Cherri Taylor

HHW Business Manager
Stericycle Environmental Solutions  |  PSC
2490 W. Pomona Blvd., Pomona, CA 91768
Ph: (818) 201-8701
www.stericycle.com  |  www.pscnow.com
<image001.jpg>

---

**From:** Marjaneh Zarrehparvar [mailto:mzarrehparvar@paint.org]
**Sent:** Thursday, May 29, 2014 11:13 PM
**To:** Taylor, Cherri (PSC)
**Cc:** Terri Ryan; Caitlin Sanders; Alison Keane; Jeff Wasikowski; Paul Fresina
**Subject:** RE: Green Cycle approval

Hi Cherri,

If PSC has done an audit and determined that they are a viable and responsible recycler, we don't object to PSC using them as a sub for managing paint from the PaintCare program. I already shared my concern, or more accurately, surprise that PSC would work with a company that made accusation to CalRecycle about PSC (and Clean Harbors) landfilling PaintCare paint out of state. For that reason, I would consider them a less than ideal partner for PSC, but that is PSC's decision to make.

To fill everyone else in, WCCR is West County Resource Recovery. I'm not sure how all the names tie together, but this is the program we call RecycleMore or West Contra Costa County HHW. There are three HHW programs in Contra Costa County (see: http://www.co.contra-costa.ca.us/depart/cd/recycle/options/v5951.htm) – we already have Central and East in the program.

The last update we heard from this county, in September of last year, was that RecycleMore and Republic (who I think operates their transfer station) were in contract negotiations, and that both had put the PaintCare contract aside until they had completed their contract negotiations.

Cherri, do you know their current status? Also, Nicole Forte, our previous contact, left RecycleMore in March? Do you have a contact at RecycleMore that we can reach out to, or is PSC hired by Republic?

I've copied Terri and Caitlin to follow up with contracting with the site, and Alison and Jeff to add Green Cycle to the PSC contract. I think we will need the full contact info (address, etc.), so please pass that on. And please also describe what they will be doing with the latex paint they receive.

Thanks, Marjaneh

**Marjaneh Zarrehparvar** | PaintCare | Executive Director
202-719-3683 | mzarrehparvar@paint.org | www.paintcare.org

*Recycle with PaintCare*

---

**From:** Taylor, Cherri (PSC) [mailto:Cherri.Taylor@pscnow.com]
**Sent:** Wednesday, May 28, 2014 4:44 PM
**To:** Marjaneh Zarrehparvar

**Subject:** Green Cycle approval

Hello Marjaneh,

Are there any concerns on approval of Green Cycle to manage PaintCare materials, specifically from WCRR. I don't want to restrict what we send them, but at this point that is the only facility inquiring as to their approval. We understand WCRR is not currently participating in PaintCare but are optimistic this will change with this approval.

Let me know.

Thank you!

# Cherri Taylor

HHW Business Manager
Stericycle Environmental Solutions  |  PSC
2490 W. Pomona Blvd., Pomona, CA 91768
Ph: (818) 201-8701
www.stericycle.com  |  www.pscnow.com