# EXHIBIT 28

Case 3:15-cv-04059-TSH   Document 142-13   Filed 05/10/18   Page 2 of 4

3/27/2018        GreenCycle Paint, Inc., v. PaintCare Inc., et al.        Marjaneh Zarrehparvar

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

------------------------------x
GREENCYCLE PAINT, INC., a       :
California corporation,         :
                                :
            Plaintiff,          :
                                :
    vs.                         :    Case No.
                                :
PAINTCARE, INC., a Delaware     :    3:15-cv-04059-MEJ
corporation, CLEAN HARBORS      :
ENVIRONMENTAL SERVICES, INC.,   :
a Massachusetts corporation,    :
STERICYCLE ENVIRONMENTAL        :
SOLUTIONS, INC., a Delaware     :
corporation, and DOES 1-10,     :
                                :
            Defendants.         :
------------------------------x

Washington, D.C.
Tuesday, March 27, 2018

VIDEOTAPED Deposition of:
    MARJANEH ZARREHPARVAR,
the witness, was called for examination by counsel
for the Plaintiff, pursuant to notice, commencing
at 9:35 a.m., at the law offices of
Hollingsworth LLP, 1350 I Street, NW, Washington,
D.C., before Dawn A. Jaques, CSR, CLR, and Notary
Public in and for the District of Columbia.

_____
DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Case 3:15-cv-04059-TSH   Document 142-13   Filed 05/10/18   Page 3 of 4

3/27/2018         GreenCycle Paint, Inc., v. PaintCare Inc., et al.      Marjaneh Zarrehparvar

Page 148

1  given an instruction to Mr. Lock and Mr. Gabriel
2  while Mr. Sweetser was present to not use
3  GreenCycle, that would be incorrect?  Mr. Sweetser
4  would be incorrect?
5       A    Yes.
6       Q    Did you instruct Mark Winkler of
7  Stericycle to not ship any paint to GreenCycle?
8       A    No.
9       Q    Do you know who Mark Winkler is?
10      A    I think I've met him once.
11      Q    Did you instruct anybody at Stericycle
12 or PSC -- do you understand if I say Stericycle or
13 PSC --
14      A    Same company.
15      Q    Same company, okay.  Because I think
16 it changed at some point.  I don't want to be
17 caught up in a time period that I don't intend.
18           Okay, are you -- did you discuss with
19 anybody at Stericycle your recommendation or
20 instruction to not ship paint to GreenCycle?
21           MR. MALINOWSKI:  Object to the form,
22 mischaracterizes testimony.  You can answer.

Case 3:15-cv-04059-TSH   Document 142-13   Filed 05/10/18   Page 4 of 4

3/27/2018         GreenCycle Paint, Inc., v. PaintCare Inc., et al.        Marjaneh Zarrehparvar

Page 234

1    GreenCycle being "they"?

2         A    Yes.

3         Q    What did you mean -- what do you mean

4    when you say that they changed the process that

5    they were going to do with the paint?

6         A    Going back to in our annual reports,

7    we have to report what happens with every gallon

8    of paint, so we have to understand what happens

9    with every gallon of paint.  And although I can't

10   remember the specifics, through the process of

11   Stericycle adding GreenCycle to the program, their

12   explanation about what would happen with the paint

13   changed several times.

14        Q    Okay, I'm going to expose additional

15   ignorance of mine because would they not have told

16   you we're going to recycle it, or why is that

17   not --

18        A    We need to know what happens with

19   every gallon.  So if they were turning -30, -50,

20   70 percent of the paint into paint, we would ask

21   what happens with the other 70, 50, 30 percent.

22   So we need to know every gallon.