Thomas M. Downey, State Bar No. 142096
tdowney@burnhambrown.com
Rohit A. Sabnis, State Bar No. 221465
rsabnis@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666

Attorneys for Defendant
CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENCYCLE PAINT, INC., a California corporation,<br><br>Petitioner,<br><br>v.<br><br>PAINTCARE, INC., a Delaware corporation; CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.; a Massachusetts corporation; STERICYCLE ENVIRONMENTAL SOLUTIONS, INC., a Delaware corporation; and ROES 1-10,<br><br>Defendants. | No. 3:15-cv-04059-MEJ<br>[Alameda County Superior Court Action No. RG15780515]<br><br>**DECLARATION OF ROHIT A. SABNIS IN SUPPORT OF DEFENDANT CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:  June 14, 2018**<br>**Time: 10:00 a.m.**<br>**Judge:**<br>**Magistrate Judge Maria-Elena James**<br><br>Complaint Filed:  August 4, 2015<br>CHES' Removal Filed:  September 4, 2015<br>Trial Date:  October 29, 2018 |

/ / /

/ / /

/ / /

/ / /

1

DECLARATION OF ROHIT A. SABNIS IN SUPPORT OF DEF. CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT         No. 3:15-cv-04059-MEJ

I, Rohit A. Sabnis, declare:

1. I am an attorney licensed to practice before all courts in the State of California. I am a member with the law firm of Burnham Brown, counsel for Defendant CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. ("Defendant") in this action. The following is based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of Plaintiff's First Amended Complaint.

3. Attached as Exhibit B is a true and correct copy of the Court's Order on Motions to Dismiss First Amended Complaint.

4. Attached as Exhibit C is a true and correct copy of Clean Harbors' Interrogatories to Plaintiff.

5. Attached as Exhibit D is a true and correct copy of Plaintiff's Responses to Clean Harbors' Interrogatories to Plaintiff.

6. Attached as Exhibit E is a true and correct copy of pertinent portions of the deposition transcript of Alan Beilke taken in this matter.

7. Attached as Exhibit F is a true and correct copy of pertinent portions of the deposition transcript of Fred Gabriel taken in this matter.

8. Attached as Exhibit G is a true and correct copy of pertinent portions of the deposition transcript of Curt Lock taken in this matter.

9. Attached as Exhibit H is a true and correct copy of pertinent portions of the deposition transcript of Mike Platt taken in this matter.

10. Attached as Exhibit I is a true and correct copy of pertinent portions of the deposition transcript of Marjaneh Zarrheparvar taken in this matter.

11. Attached as Exhibit J is a true and correct copy of pertinent portions of the deposition transcript of Glen Dillman taken in this matter.

12. Attached as Exhibit K is a true and correct copy of pertinent portions of the

2

DECLARATION OF ROHIT A. SABNIS IN SUPPORT OF DEF. CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT

No. 3:15-cv-04059-MEJ

1  deposition transcript of Lisa Cherri Taylor taken in this matter.

2      13.    Attached as Exhibit L is a true and correct copy of pertinent portions of the
3  deposition transcript of Marc Winkler taken in this matter.

4      14.    Attached as Exhibit M is a true and correct copy of pertinent portions of the
5  deposition transcript of Jerry Noel taken in this matter.

6      15.    Attached as Exhibit N is a true and correct copy of pertinent portions of the
7  deposition transcript of Raymond Fernando taken in this matter.

8      16.    Attached as Exhibit O is a true and correct copy of pertinent portions of the
9  deposition transcript of David Sunding taken in this matter.

10     17.    Attached as Exhibit P is a true and correct copy of pertinent portions of the
11 deposition transcript of Julie Knox taken in this matter.

12     18.    Attached as Exhibit Q is a true and correct copy of the expert report of Raymond
13 Fernando.

14     19.    Attached as Exhibit R is a true and correct copy of the expert report of David
15 Sunding.

16     20.    Attached as Exhibit S is a true and correct copy of the rebuttal expert report of
17 David Sunding.

18     21.    Attached as Exhibit T is a true and correct copy of the Exhibit 3.2 from the
19 Expert Report of Julie Knox.

20     22.    Attached as Exhibit U is a true and correct copy of documents identified in
21 Plaintiff's Responses to Clean Harbors' Interrogatory Number 3 as CHES00433-00462.

22     **23.**    **Exhibit V is reserved and has intentionally not been attached to this**
23 **declaration.**

24     24.    Attached as Exhibit W is a true and correct copy of GreenCycle's Response to
25 First Set of Interrogatories Propounded by Defendant PaintCare, Inc.

26     I declare under penalty of perjury under the laws of the State of California and the United
27 States of America that the foregoing is true and correct, and that this Declaration was executed

28

3

DECLARATION OF ROHIT A. SABNIS IN SUPPORT OF DEF. CLEAN
HARBORS ENVIRONMENTAL SERVICES, INC.'S MOTION FOR SUMMARY
JUDGMENT

No. 3:15-cv-04059-MEJ

on the 10th day of May, 2018, at Oakland, California.

                                              _____
                                              ROHIT A. SABNIS

4826-2674-7749, v. 1

4

DECLARATION OF ROHIT A. SABNIS IN SUPPORT OF DEF. CLEAN HARBORS ENVIRONMENTAL SERVICES, INC.'S MOTION FOR SUMMARY JUDGMENT

No. 3:15-cv-04059-MEJ