1  Greggory C. Brandt (Bar No. 189487)
   William C. Acevedo (Bar No. 194106)
2  Yasmeen Omidi (Bar No. 254962)
   **WENDEL, ROSEN, BLACK & DEAN LLP**
3  1111 Broadway, 24th Floor
   Oakland, California 94607-4036
4  Telephone: (510) 834-6600
   Fax: (510) 834-1928
5  Email: gbrandt@wendel.com
   Email: wacevedo@wendel.com
6  Email: yomidi@wendel.com

7  Joseph A. Ostoyich (Bar No. 436157)
   **BAKER BOTTS L.L.P.**
8  The Warner Building
   1299 Pennsylvania Avenue, N.W.
9  Washington, D.C. 20004
   Telephone: (202) 639-7905
10 Fax: (202) 639-7890
   Email: joseph.ostoyich@bakerbotts.com

11

12 Attorneys for Plaintiff GreenCycle Paint, Inc., a California corporation

13

14 UNITED STATES DISTRICT COURT

15 NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16

| | |
|---|---|
| GREENCYCLE PAINT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PAINTCARE, INC., a Delaware corporation, CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., a Massachusetts corporation, STERICYCLE ENVIRONMENTAL SOLUTIONS, INC., a Delaware corporation, and DOES 1-10,<br><br>Defendants. | Case No. 3:15-cv-04059-MEJ<br><br>**DECLARATION OF GREGGORY C. BRANDT IN SUPPORT OF ADMINISTRATIVE MOTION**<br><br>Judge: Hon. Maria-Elena James<br>Date: June 14, 2018<br>Time: 10:00 a.m.<br>Crtrm.: B - 15th Floor<br><br>Action Filed: August 4, 2015<br>Removed: September 4, 2015<br>FAC Filed: May 6, 2016<br>Trial Date: October 29, 2018 |

I, Greggory C. Brandt, declare as follows:

1. I am an attorney and partner with Wendel, Rosen, Black & Dean LLP, attorneys of record for plaintiff GreenCycle Paint, Inc. ("GreenCycle") in the above-referenced matter. I have personal knowledge of the matters set forth herein. If called upon to testify regarding these matters, I could competently do so. I make this declaration in support of plaintiff's Administrative Motion to Conditionally File Documents Under Seal.

2. Plaintiff has redacted and conditionally filed under seal all "Carrier Financial Information" as that term is defined in the Second Amended Stipulated Protective Order set forth in:

    (a) Plaintiff's Response to Defendant Stericycle Environmental Solutions, Inc.'s Statement of Undisputed Facts (at p. 19 in response to fact #40),

    (b) Plaintiff's Separate Statement of Material Facts in Opposition to Defendants' Motions for Summary Judgment (at 11:6-7, 11:14, 12:12-13), and

    (c) Plaintiff GreenCycle Paint, Inc.'s Opposition to Defendants' Motions for Summary Judgment (at 7:10, 7:13, 8:3-4, 19:19, 19:22, 19:25-26).

3. Plaintiff has redacted and conditionally filed under seal the following portions of the transcript of the March 15, 2018 deposition of Lisa Cherri Taylor [Declaration of Greggory C. Brandt in Opposition to Motions for Summary Judgment ("Brandt Decl."), Exhibit 4]:

    (a) Exhibit 1 (SRCLG3462-3488)

    (b) Exhibit 2 (SRCLG0682-0718)

    (c) Exhibit 7 (SRCLG0596-0603)

    (d) Exhibit 19 (SRCLG4189-4209)

4. Plaintiff has redacted and conditionally filed under seal the following portions of the transcript of the April 5, 2018 deposition of Glen Arnold Dillman [Declaration of Greggory C. Brandt in Opposition to Motions for Summary Judgment ("Brandt Decl."), Exhibit 5]:

    (a) Deposition testimony at 229:1-230:11

    (b) Exhibit 2 (SRCLG1954-1956)

    (c) Exhibit 4 (SRCLG0828)

      (d)      Exhibit 7 (SRCLG0596-0603)

      (e)      Exhibit 20 (SRCLG1069-1070)

5. Plaintiff has redacted and conditionally filed under seal the following portions of the transcript of the March 22, 2018 deposition of Curt Lock [Brandt Decl., Exhibit 6]:

      (a)      Exhibit 1 (CHES1290-1318)

      (b)      Exhibit 5 (CHES0855-0860)

6. Plaintiff has redacted and conditionally filed under seal the following portions of the transcript of the March 30, 2018 deposition of Mike Platt [Brandt Decl., Exhibit 7]:

      (a)      Exhibit 2 (CHES0697-0703)

7. Plaintiff has redacted and conditionally filed under seal the following portions of the transcript of the March 29, 2018 deposition of Fred Gabriel [Brandt Decl., Exhibit 8]:

      (a)      Exhibit 6 (CHES0697-0703)

      (b)      Exhibit 10 (CHES0855-0860)

      (c)      Exhibit 19 (CHES9054)

      (d)      Exhibit 21 (CHES4681-4682)

8. Plaintiff has redacted and conditionally filed under seal the following portions of the transcript of the March 27, 2018 deposition of Marjaneh Zarrehparvar [Brandt Decl., Exhibit 9]:

      (a)      Exhibit 6 (SRCLG0707-0708)

9. Plaintiff has redacted and conditionally filed under seal the following documents produced by defendant PaintCare, Inc.:

      (a)      PCPROD0153241 [Brandt Decl., Exhibit 11]

      (b)      PCPROD0159292-96 [Brandt Decl., Exhibit 12]

      (c)      PCPROD0187353-55 [Brandt Decl., Exhibit 13]

      (d)      PCPROD0188969-70 [Brandt Decl., Exhibit 14]

      (e)      PCPROD0198198 [Brandt Decl., Exhibit 15]

/ / /

/ / /

1  I declare under penalty of perjury that the foregoing is true and correct and that this
2  declaration was executed on May 24, 2018 at Oakland, California.

*/s/ Greggory C. Brandt*
Greggory C. Brandt

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036