MATTHEW SCHECHTER (212003)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th floor
San Jose, CA 95113
Telephone: 408.279-8700
Fax: 408.279.3244
Email: mschechter@mcmanislaw.com

PARSONS BEHLE & LATIMER
RAYMOND J. ETCHEVERRY (appearance *pro hac vice*)
CORY D. SINCLAIR (appearance *pro hac vice*)
REtcheverry@parsonsbehle.com
CSinclair@parsonsbehle.com
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone:   801.532.1234
Facsimile:   801.536.6111

Attorneys for Defendant STERICYCLE ENVIRONMENTAL SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENCYCLE PAINT, INC., a California corporation,<br><br>                      Plaintiff,<br><br>  v.<br><br>PAINTCARE, INC., a Delaware corporation, CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., a Massachusetts corporation, STERICYCLE ENVIRONMENTAL SOLUTIONS, INC., a Delaware corporation, and DOES 1-10,<br><br>                      Defendants. | No. 3:15-cv-04059-MEJ<br><br>**DECLARATION OF CORY D. SINCLAIR** |

I, Cory D. Sinclair, declare under penalty of perjury under the laws of the United States as follows:

1.    I am an attorney-at-law and a shareholder in the law firm of Parsons Behle & Latimer in Salt Lake City, Utah. I am counsel of record herein for Stericycle Environmental Solutions, Inc. ("Stericycle"). I have firsthand knowledge of the facts set forth here in this Declaration and, if called to do so, could testify competently to them.

2.  Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition of Alan Beilke, Volume I, dated January 31, 2018.

3.  Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition of Julie Knox, dated April 3, 2018.

4.  Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the deposition of Lisa Cherri Taylor, dated March 15, 2018.

5.  Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the corporate deposition of Visions Recycling, Inc., with testimony provided by witness Jerry Noel, dated March 6, 2018.

6.  Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the deposition of Marc Winkler, dated March 20, 2018.

I declare under penalty of perjury under the laws of the State of Utah and the United States that the above facts are true and correct.

Executed May 31, 2018 in Salt Lake City, Utah

/s/ Cory D. Sinclair_____
Cory D. Sinclair

**CERTIFICATE OF FILING SERVICE**

I HEREBY CERTIFY that on this 31st day of May 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification to the following counsel of record:

Greggory C. Brandt
William C. Acevedo
Yasmeen Omidi
WENDEL, ROSEN, BLACK & DEAN LLP
gbrandt@wendel.com
wacevedo@wendel.com
yomidi@wendel.com

Joseph A. Ostoyich
BAKER BOTTS L.L.P.
Joseph.ostoyich@bakerbotts.com

Thomas M. Downey
Rohit A. Sabnis
Eugene S. Lee
BURNHAM BROWN
tdowney@burnhambrown.com
rsabnis@burnhambrown.com
elee@burnhambrown.com

Eric G. Lasker
Matthew J. Malinowski
Bryan R. Redfern
HOLLINGSWORTH LLP
elasker@hollingsworthllp.com
mmalinowski@hollingsworthllp.com
bredfern@hollingsworthllp.com

/s/ Cory D. Sinclair